UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 22 2008
APR 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Colby Bell

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV2292
JUDGE GOTTSCHALL
MAG. JUDGE KEYS

Case No: _____
(To be supplied by the Clerk of this Court)

vs.

Mr. Bailey #7968
Mr. Serrano
Mr. Ruiz
███████████
███████████

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✦     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.    Plaintiff(s):

Revised: 7/20/05

A. Name: Mr. Colby Bell

B. List all aliases: Longstreet

C. Prisoner identification number: 200700037796

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California Ave., Chicago, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Mr. Bailey #7968

Title: Cook County Jail Officer in Division Eleven

Place of Employment: 2700 S. California Ave, Chicago, Illinois 60608

B. Defendant: Mr. Serrano

Title: Cook County Jail Officer in Division Eleven

Place of Employment: 2700 S. California Ave, Chicago, Illinois 60608

C. Defendant: Mr. Ruiz

Title: Cook County Jail Officer in Division Eleven

Place of Employment: 2700 S. California Ave, Chicago, Illinois 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

  A. Is there a grievance procedure available at your institution?

  YES (●)  NO ( )   If there is no grievance procedure, skip to F.

  B. Have you filed a grievance concerning the facts in this complaint?

  YES (●)  NO ( )

  C. If your answer is YES:

  1. What steps did you take?
  I Filed a grievance (control No. 2007X1987) and the matter was placed under investigation by the internal affairs.

  2. What was the result?
  The Allegations were placed under investigation by the internal Affairs (Case File #0700362) As Reported by Miriam Rentas.

  3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

  D. If your answer is NO, explain why not:

Revised: 7/20/05

E. Is the grievance procedure now completed? YES (●) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is YES:

1. What steps did you take?

   _____
   _____
   _____

2. What was the result?

   _____
   _____
   _____

H. If your answer is NO, explain why not:

   _____
   _____
   _____

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: __NONE__

B. Approximate date of filing lawsuit: __NONE__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __NONE__

D. List all defendants: __NONE__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: __NONE__

G. Basic claim made: __NONE__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __NONE__

I. Approximate date of disposition: __NONE__

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

V.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

### Count (1)

On September 11, 2007, Defendant Officer Mr. Bailey, Officer Mr. Serrano, Officer Mr. Ruiz, did, on this day, while acting under color of state law as Cook County Department of Corrections Officers in their individual capacity, did, on this day, used unreasonable force against the Plaintiff Mr. Colby Bell, in violation of his Fourth Amendment Constitutional Right to be secured in his person against unreasonable use of force as a Pre-trial detainee Resulting in Medical treatment at Cermak Health Care Services in Cook County Jail and John H. Stroger, Jr., hospital (Medical Records No. 0044284610) for a laceration to the Right Ear Resulting in Sutures to repair the Ear, A Blunt Head trauma, Vision complications and permanent Loss of hearing in the Right Ear, Ibuprofen for pain, unjustified Confinement in Disciplinary Confinement for 13-days or Fabricated disciplinary Report wrote by defendant Bailey September 11, 2007.

Count (2)

On September 11, 2007, Defendant Officer Mr. Bailey, Officer Mr. Serrano, Officer Mr. Ruiz, did, on this day, while acting under color of state law as Cook County Department of Corrections Officers in their individual capacity, did, on this day, conspired to use unreasonable force against Plaintiff Mr. Colby Bell in violation of his Fourth Amendment Constitutional Right to be secured in his person against unreasonable use of force as a Pre-trial detainee when, on September 11, 2007, when Defendant Officer Mr. Bailey fabricated a disciplinary report to justify their attack on Plaintiff to make the plaintiff appear as the aggressor resulting in illegal confinement in Disciplinary Confinement in violation of Plaintiff Procedural Due Process Rights as guaranteed under the Fourteenth Amendment of the United States Constitution.

VI.   Relief:

Revised: 7/20/05

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Plaintiff Demand A Jury trial

2) Plaintiff Request Five (5) million dollars as punitive damages

3) Plaintiff Request Five (5) million dollars as compensatory damages for the permenant Hearing loss.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __07__ day of __December__, 20 __07__

_____Colby Bell_____
(Signature of plaintiff or plaintiffs)

_____Mr. Colby Bell_____
(Print name)

_____# 20070037796_____
(I.D. Number)

_____Cook County Jail/Division 10_____
_____2700 S. California Ave._____
_____Chicago, Illinois 60608_____
(Address)

8

Revised: 7/20/05

State of Illinois )
County of Cook )

# Affidavit

I, Mr. Colby Bell, depose and state under oath pursuant to the penalties prescribed under Chapter 735 ILCS 5/1-109 that the following facts and circumstances as prescribed and state are true and correct and made upon personal knowledge and belief. And if called to give a statement in support of my civil rights complaint, I would state the following below:

1.) On September 11, 2007, I was housed in Division Eleven at Cook County Jail in A-House in upper cell 403 when I, as a pre-trial detainee, was attacked and beat up by the Cook County Jail Officer's Mr. Serrano, Mr. Bailey and Mr. Ruiz while I was in my cell.

2.) Specifically, I was in my cell resting when Officer Bailey and Officer Serrano and Officer Ruiz came into my cell while I was laying in my bed. One of my cellies was laying on his mattress that was on the floor when the three (3) Officer's came into the cell.

3.) When Officer Bailey came into my cell he told the inmates that were in the cell with me to get up and get out. And they got up and followed Officer Bailey direct order to leave. During this time Officer Bailey was standing at the back of my cell by the desk. Officer Serrano was standing by the toilet and Officer Ruiz was standing in the door way. I was still laying in my bunk. I was on the lower bunk.

4.) After my cellies were gone Officer Bailey said, "Whats that bitch ass shit you was talking a couple of hours ago Nigga?"

5.) I replied, "I didn't say anything to you." I was still laying in my bunk when I said this.

6.) Then Officer Bailey said, "What...? You didn't say nothing huh? I see your bitch ass aint talking shit now...is you Nigga?"

7.) I replied, "I didn't say anything to you." And after I said this Officer Bailey struck me on top of my head with a closed fist. And I immediately balled up in a fetal position as Officer Bailey continued beating me up while saying, "whose the bitch now bitch." Then he pulled me off my bunk on the floor and Officer Serrano, Officer Bailey and Officer Ruiz all joined in and began stumping me and punching me. I was being kicked by Officer Ruiz between punches from Officer Bailey and Officer Serrano. I was knocked unconcious and came back to conciousness while they were still beating me. I was beat in my back, ribs and head.

8.) Then I heard Officer Bailey tell the other two (2) Officers to stop hitting me because I was bleeding real bad. Then they called all available units. And a few seconds passed and then I heard alot of commotion in the day room. And as I was laying in the cell bleeding someone came into the cell and handcuffed behind my back and then Officer Bailey picked me up off the floor.

Pg. 1 of 2

9.) As Officer Bailey walked me out the cell I saw all my blood on the floor by the toilet. It was a big puddle. As I walked out my cell I saw Sergeant Moore and another officer standing close by. The officer that was standing by was Officer Ruiz who called me a little Bitch and threw a balled up piece of paper in my face. And as I walked down the stairs I saw all the detainees lined up on the wall at which time Officer Bailey told me that I better tell them I fell out my bunk or they were going to fuck me up worser.

10.) As we walked out the living unit into the hallway. Sergeant Anderson on 7 to 3 shift told Officer Bailey that he needed to stay with him and to let someone else take that Bitch (me) to the dispensery. And Officer Messina on 7 to 3 shift grabbed my arm from Officer Bailey and walked me to the elevator. Then once I was in front of the elevator out of harms way I stated to the camera that Officer Serrano, Officer Bailey and Officer Ruiz came into my cell and attacked me.

11.) Sergeant Krauskopf who was holding the camera told me to say whatever I want to say but don't turn around. Officer Messina and Sergeant Krauskopf took me to the dispensery and received medical attention from the medical staff. And when the female nurse asked me what happened I told her the officers jumped on me. The video camera was still recording when I told her this.

12.) The nurse then asked Sergeant Krauskopf to turn the camera off. And the sergeant told her he was given orders not to turn the camera off. The Nurse said that she did not want to be on camera. The sergeant turned the camera off but left the audio on to record the conversation. Then after I was checked completely out by the nurse. The camera was turned off completely, and walked to holding.

13.) I was then seen by two (2) more nurses. It had been decided that I be transported to Strogers Hospital after Cermak Health Care Services examined my head and ear. At Strogers Hospital I was treated for a laceration to my right ear, in which it was hanging off, A blunt head trauma, vision problems and for loss of hearing in my right ear. My right ear was stitched back on and a cat scan was taken. And then I was discharged.

14.) I was also seen by a doctor and psychologist before I was taken back to Division Eleven (11). I was placed B-A in Lower cell 104 in Population, Enstead of Unit A-H upper cell 403 where I was housed before this incident took place.

15.) Then I Pursued a grievance (control No. 2007x1987) Alleging a Physical Assault by Correctional Officers. And Ms. Miriam Rentas from the Internal Affairs Department Referred the grievance to the Internal Affairs and an investigation was opened under case No. 0700362. The grievance committee Ms. Miriam Rentas, M. Cure and Mr. L. Warren all referred the grievance to the Internal Affairs for an investigation. And I haven't heard nothing.

December 19, 2007

Respectfully Submitted

Colby Bell
Affiant

Mr. Colby Bell #20070037796
Cook County Jail
Division 10
P.O. Box 089002
Chicago, Illinois 60608

Pg. 2 of 2

CT Cervical Spine w/o Contrast                BELL, COLBY - 004478461c

* Final Report *

| | |
|---|---|
| Result Type: | CT Cervical Spine w/o Contrast |
| Result Date: | September 11, 2007 20:59 |
| Result Status: | Auth (Verified) |
| Result Title: | CT Cervical Spine w/o Contrast |
| Performed By: | CHARANIA, MUNIRA on September 11, 2007 21:19 |
| Verified By: | ERICKSON, PAUL on September 13, 2007 08:49 |
| Encounter info: | 0207709809, Stroger, Emergency, 9/11/2007 - 9/12/2007 |

## * Final Report *

**Reason For Exam**
Other (Enter in "Other Reason" field)

**FINDINGS**
Clinical history:Trauma

Comparison:no prior

Findings/impression:No acute fractures or dislocations are identified. Alignment is anatomic.

---

Signed by: PAUL ERICKSON
Date:   Thursday, September 13, 2007
Time:   08:49:53

**Completed Action List:**
* Order by BRAUN, AARON on September 11, 2007 18:32
* Perform by ULANGCA, MERVIE on September 11, 2007 20:59
* Assist by VELLOOKUNNEL, JOSEPH on September 11, 2007 20:59
* VERIFY by ERICKSON, PAUL on September 13, 2007 08:49  September 13, 2007 08:49

| | | |
|---|---|---|
| Printed by: | SALGADO, AMPARO | Page 1 of 1 |
| Printed on: | 10/10/2007 09:27 | (End of Report) |

Plastic Surgery Inpt                               BELL, COLBY - 004478461c

* Final Report *

| | |
|---|---|
| Result Type: | Plastic Surgery Inpt |
| Result Date: | September 11, 2007 20:11 |
| Result Status: | Auth (Verified) |
| Performed By: | CHEN, WEI on September 11, 2007 20:16 |
| Verified By: | GREVIOUS, MARK on September 12, 2007 14:16 |
| Encounter info: | 0207709809, Stroger, Emergency, 9/11/2007 - 9/12/2007 |

## * Final Report *

This is a 30 yo male s/p assault this afternoon. Pt was reportedly "jumped" by unknown assailants. He had LOC. He presented to ED complaining of pain of R neck and R ear.

| | |
|---|---|
| PMD | none |
| PSH | none |
| Meds | none |
| ALL | nka |
| tetanus | rec'd booster 2005. |

AVSS
On exam, laceration of R ear extending from upper aspect, coursing posteriorly and down to mid posterior of ear. Laceration limited to skin. No visible laceraction of cartilage.

A/P
Laceration of R ear limited to skin.

- Will close with interrupted sutures.
- Trauma / ED to rule out intracranial injuries and C spine injuries.
- If pt gets discharged, please send pt to plastic surgery clinic in following Tuesday 1PM, clinic I.
- If pt is admitted, will follow.

**Signature Line**
Electronically Signed by: WEI CHEN
    SH - Rotating Fellow - Plastic Surgery
    09/11/07 08:16
    PAGER BUS: 312 556 0546

Electronically Signed By: MARK ALLEN GREVIOUS
    SH - Surgery - Attending Surgeon

Printed by:   SALGADO, AMPARO                                    Page 1 of 2
Printed on:   10/10/2007 09:28                                   (Continued)

Plastic Surgery Inpt                                        BELL, COLBY - 004478461c

\* Final Report \*

09/12/07 02:16

**Completed Action List:**
\* Perform by CHEN, WEI on September 11, 2007 20:16
\* Sign by CHEN, WEI on September 11, 2007 20:16
\* Sign by GREVIOUS, MARK on September 12, 2007 14:16  Requested by CHEN, WEI on September 12, 2007 14:16
\* VERIFY by GREVIOUS, MARK on September 12, 2007 14:16

Printed by:    SALGADO, AMPARO                                        Page 2 of 2
Printed on:    10/10/2007 09:28                                       (End of Report)

# JOHN H. STROGER, JR. HOSPITAL
1901 W. HARRISON ST · CHICAGO, ILLINOIS 60612
(312) 864-6000

## EMERGENCY SERVICES
### AES/PEDS/ASC

**PtNm:** BELL, COLBY
**DOB:** 09/28/1976 Age- 30Y FC- Self Pay 09/11/2007
**Acct#** 0207709809 SHCC ED
**MR#** 004478461c

| Last Name | First Name | M.I. | PATCOM # |

### I.D.
Address | City | State | Zip Code
Unit Number | Birth Date | Age | Sex | Race | Religion | Social Security Number | Lang. Code

### INFO
Fin. Class | Ins. Local | Insurance Name | Pol/Subscrib/Recip # | Group/Case ID #
Subscriber's Name | Relationship

Patient Brought to JSH From | AW + −
How/Sq. Amb. Bdg. | SC + −
Information Obtained From | CD + −

### TRIAGE
**Medications:** ∅
**Allergies:** NKDA
**CPD Beat #**
**Star #**
Talks: Coh / Incoh / Unable
Ambulatory: Yes / No
**Past Medical History:** ∅PMH ∅PSH Incarcerated 3 wk - Meth
∅ ETOH, cigarettes
Triage Time:

**Last Tetanus:** Sept 2005
**HT** | **WT**
**Triage Problem List:** 1. Td UTD

**BP:** 135/78   **Temp:** 99.0   **Pulse:** 67   **Resp:** 18   **LNMP:**
**Triage To:** | **Severity Score:** 3 | **Next of Kin**

### HISTORY
**Time Seen (Military Time):** 1940

Pt c/o assault around noon, ⊕ LOC, was hit in head, c/o laceration ® posterior ear c inability to hear out of that ear. ⊕ headache since, ∅ vision problems ∅ gait problems ∅ numbness, tingling. ⊕ neck, back pain, ear continues to bleed. Unable to fully open mouth. Headache "all over head" throbbing, ∅ N, V, in very mild pain.

### PHYSICAL EXAM
Gen- Awake and alert, calm & cooperative, no apparent pain ∅ blood behind TM ® ear laceration posterior as per along in section ear and TM superficial

HEENT- tenderness around posterior ® ear, ® eye 20/25, OS 20/20, PERRL, fundoscopic- ∅ hemorrhage, papilledema, unable to open mouth fully, nose- ∅ bloody, septal hematoma, throat- p-pharynx clear ∅ exudates, trachea midline, ⊕ facial hair tenderness

CV- RRR ∅ M
Resp- CTA ®
Abd- soft, NT, ND, ⊕ BS, ⊖ seatbelt sign
Ext- ∅ defects ∅ lesions
Neuro- CN- gross hearing intact ® ear, unable to hear fully w finger rub out of ® ear, no sensation over ® face & neck to light touch, pinprick ® side intact, ⊕ CNS intact, ext strength, sensation intact, nl gait, FNF, thumbers

### HEALTH CARE PROVIDER (Clinic & MD Name): none

| TIME | ORDERS | Completed Time RN |
|---|---|---|
| 1830 | CT brain plain CT C-spine, PR cervical collar | |
| | DC home | |
| | 112/59-18 64 100% | |

**Consult/Time:** Plastics - 1830
**Primary MD/NP (Print & Sign Name):** ML Dewhey MSY 1846
attending plastics paged 1840

| EST SULTS | 1910 plsms 8397209 paged x2 4 nixmar, attending previous 3330582 psed. | 1880 12:30 pm today arrested in jail to ⓇHead c unknown object ⊕ LOC, sent |
| --- | --- | --- |
| | CT Head - @ acute intracranial process | from cermall for CT |
| -EVAL- ATIONS/ ROCE- URES | CT-C-Spine - @ fractures, dislocation | ⊕LOC- ∅N/V ∅Vscan ∆'s. mve ⊕neck pain ⊕weakness/ numbness, ⊕bite ∆'s. |
| | 230 repaired by plastics. note appreciated - f/u appt | pt has deep lac above ear needs scalp |
| | | also avulsion tip ℞ |
| | DISCHARGE DIAGNOSES | ? via - ear TM nml NEUML: EOMI, ∅c-sp |
| GNOSES | ① right ear laceration - repaired | tend c nl ROM CR III full 5 pain |
| | ② blunt head trauma | |
| | Patient Sig: | |
| DITION ON CHARGE | ☒Improved ☐Unchanged ☐Other | May Return To Work/School ☐Immediately ☐In __ Days ☐Unspecified | See printed sheet instructions Return for redness, swelling, discharge, pain |
| POSITION | Dispositions ☒Home ☐AMA ☐D.I.E. ☐DOA ☐Ret. To AES On 9/14 At ___ AM/PM for: wound check | Clinic Referral: Plastic Surgery next tuesday 9/18/07 1pm Emergency Department in 2 days |
| | Discharge information sheets given: Laceration | ☐No Answer Times: 1 2 3 |
| | Discharge teaching by: | Obs Monitored ☐ Non Monitored ☐ Accepted By: Diagnosis: |
| NATURES MIT DATA | Signature of MD/NP Making Pt. Disposition M.D. M.D. Name Print Deluhy Signature of Attending MD Print Name of Attending MD | Admit Ward MD – Name | Service (& Ward #) |
| | | Admit Ward MD – Pager | Service Code |
| | Alcohol within 72 hours Y N Last Drink: | Admission Rationale: |

Stroger, Jr. Hospital
1901 W. Harrison St.
Chicago, Illinois 60612
(312) 864-6000

PtNm- BELL, COLBY
DOB-09/28/1976 Age-30Y FC-Self Pay 09/11/2007
Act#0207709809 SHCC ED MR#004478461c

Prescri Chart
(Not a Prescription)

AES/PEDS/ASC
3109692

**Rx**

| Patient | | Unit Number | Date |
| --- | --- | --- | --- |
| Address | | Weight | Age | Tel. # |
| | Order (Physicians Signature After Last Order) | ☐ Spanish Instructions | ☐ Polish Instructions |
| 1 | | | |
| 2 | | VOID | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| DEA/Illinois Lic. # | Physician Print | ☐ MAY SUBSTITUTE _____ M.D |
| Syst. ID # | Pager # | AES | ☐ MAY NOT SUBSTITUTE _____ M.D |

MEDICAL RECORDS