**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet



**FILED**

APR 2 8 2008 TC
Apr 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** COLBY BELL | **Defendant(s):** MR. BAILEY, etc., et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |

Colby Bell
#2007-0037796
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

**08CV2292
JUDGE GOTTSCHALL
MAG. JUDGE KEYS**

**Basis
of Jurisdiction:** ☐ 1. U.S. Government Plaintiff  ☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant  ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:** ☑ 1. Original Proceeding  ☐ 5. Transferred From Other District

☐ 2. Removed From State Court  ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court  ☐ 7. Appeal to District Judge from
Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** A. E. Woodham  **Date:** 04/22/2008