UNITED STATES DISTRICT COURT
Northern District of Illinois Eastern Division

**FILED**
APR 28 2008
4-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Colby Bell
#20070037796

Plaintiff,

vs

Mr. Bailey
Mr. Serrano
Mr. Ruiz

Defendants.

Motion For Appointment of Counsel

CASE # 08 C 2292
Judge Gottschall

## Motion for Appointment of Counsel

1. I Colby Bell #2007-0037796 declare that I am the plaintiff in the above entitled Proceeding, I state that I am unable to afford the service of an attorney and hereby Request the court to appoint counsel to Represent me in this proceeding

2. In support of my motion, I declare that I have made the following attempts to retain counsel by Contacting Several Pro-Bono law firm on the behalf of my self The firms are as follows:

A) GREGORY E. KULIS AND ASSOC. LTD, 30 N. LaSalle Str., Suite 2140, Chicago, IL. 60602-3368

B) Michael D. Robbins & Associates 150 N. Wacker Dr. Suite 2460 Chicago, IL. 60606

C) Wildman Harrold Allen and Dixon 225 W. Wacker Dr. Chicago, IL. 60606

D) Seyforth Shaw Fair weather 55 E. Monroe St., Chicago, IL. 60601

3. In further support of my motions I declare I have attatched the original application to leave to proceed in forma Pauperis in the proceeding of my Financial status

4. I declare under the penalty of perjury that the foregoing is true and correct

Colby Bell
(SIGN)

COIBY BELL
(PRINT)

20070037796
(I.D.#)

Cook County Jail
P.O. Box 089002
Chicago, IL. 60608
(ADDRESS)

4-22-08
(DATE)

# MICHAEL D. ROBBINS & ASSOCIATES

Attorneys at Law
150 North Wacker Drive • Suite 2460
Chicago, Illinois 60606
312/899-8000
Fax 312/781-9123
mdrobbins@earthlink.net

November 21, 2007

**LEGAL MAIL-OPEN IN PRESENCE OF INMATE ONLY**

Colby Bell
Cook County Jail
ID# 20070037796
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Bell:

    I have reviewed the notes of our meeting as well as medical records and have decided I will not be able to file a lawsuit on your behalf. Accordingly, I am returning copies of your medical records and closing my file. If you would like to pursue this claim, you must contact and consult with another attorney immediately, as there are time limitations for bringing such claims.

    Accordingly, I will take no further action on this case.

Sincerely,

Michael D. Robbins

MDR:lc
Enclosures
cc:    Joyce Bell (without enclosures)

LAW OFFICES OF
## GREGORY E. KULIS AND ASSOCIATES, LTD.

GREGORY E. KULIS
KATHLEEN COYNE ROPKA
SHEHNAZ I. MANSURI
DAVID S. LIPSCHULTZ
 OF COUNSEL
GEORGE G. LEYNAUD*
REBECCA M. LEYNAUD*

30 NORTH LASALLE STREET, SUITE 2140
CHICAGO, ILLINOIS 60602-3368

*LASALLE COUNTY OF COUNSEL OFFICE
1200 38TH STREET
PERU, ILLINOIS 61354
(815) 224-4700

TEL: (312) 580-1830
FAX: (312) 580-1839
www.kulis-law.com

September 14, 2007

**Via First Class Mail**

Colby Bell
#20070037796
Cook County Jail
2700 South California
Chicago, Illinois 60608

Re:   Bell v. Cook County Deputy Sheriffs

Dear Mr. Bell:

Recently Carolyn Conway contacted me regarding the allegation that you were attacked by officers and beaten severely. As you may know we have a tremendous amount of civil rights cases against law enforcement officials across the state. I have many cases against Cook County Deputy Sheriffs for excessive force. Though I do not represent you and we have no attorney-client agreement at this time I am merely exploring some of your allegations so that I can further determine whether I can help and/or represent you in a civil rights case. I need the following information:

1) Please provide me your full name, date of birth, social security number, and address and name of your closest relative outside of jail.
2) What was the date of this incident?
3) Please tell me what occurred.
4) Why do you believe they beat you?
5) Provide me with the names of the individuals who beat you.
6) Who is your cell mate and did he witness this?
7) Do you have the names of any other witnesses?
8) Please provide me a detailed list of all your injuries and what medical care you received.

S:\Possible New Cases\Bell, Colby\GEK.Bell.ltr.09-14-07.doc

9) Are you still receiving medical care? If so, where?
10) Did you file grievance? If not, you must do so immediately.
11) Did internal affairs investigate and take pictures?
12) Were you ticketed or received discipline for this incident? If so I need a copy of that discipline report. What were the allegations against you?
13) What are you currently being held for?
14) Please provide me a complete history of your criminal background including arrests and convictions.
15) Have you ever filed a lawsuit before?

Please provide me all this information and any documentation you can to support your claim.

Respectfully yours,

Gregory E. Kulis

GEK/alm

I'm writing to inform you that I forgot to add a motion for appointment of counsel with my complaint. I mailed the court on april 11-2008), could you please forward this motion enclosed with this note to the presiding Judge over my complaint. Thank you very much

Sincerely yours
Colby Bell
# 20070037796