## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| COLBY BELL, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 2292 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Joan B. Gottschall |
| OFFICER JOHN BAILEY, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME the Defendants, Officer John Bailey, Officer Luis Serrano, and Officer Santos Ruiz, through their attorney Richard A. Devine, through his assistant, Patrick S. Smith, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. That Plaintiff filed the complaint on April 22, 2008.  Defendants were served with the complaint on July 10, 2008, giving them until July 30, 2008 to respond.

2. That the Cook County State's Attorney's Office received notice of service upon the Defendants on August 11, 2008.

3. That FRCP 6(b)(1) gives the court discretion to extend time after the deadline has expired in cases of excusable neglect.

4. That the Cook County State's Attorney's Office did not receive notice until after the deadline to file an answer had passed, thus establishing excusable neglect.

5. That undersigned has ordered all records that may be related to Plaintiff's federal claims and these documents are not likely to be received by undersigned counsel for at least 30 days.

WHEREFORE, the Defendants request that this Honorable Court grant the following relief:

1. That this Honorable Court grant an enlargement of time, of 45 days to September 29, 2008.

2. And to grant any other relief it deems necessary and just.

                                      RICHARD A. DEVINE
                                      State's Attorney of Cook County

By:  /s/ Patrick S. Smith
       Patrick S. Smith
       Assistant State's Attorney
       Civil Actions Bureau
       500 Richard J. Daley Center
       Chicago, Illinois 60602
       (312) 603-2388