## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| COLBY BELL, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 2292 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Joan B. Gottschall |
| OFFICER JOHN BAILEY, et al., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Colby Bell
      #2007-0037796
      Cook County Jail
      P.O. Box 089002
      Chicago, IL 60608

     PLEASE TAKE NOTICE that on August 14, 2008 at 9:30 a.m., I shall appear before the Honorable Joan B. Gottschall in the courtroom usually occupied by her in Room 2325 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendants' Motion for Extension of Time to Answer or Otherwise Plead.

                                                        Respectfully submitted,

                                                        RICHARD A. DEVINE
                                                        State's Attorney of Cook County

                                                        By: /s/ Patrick S. Smith
                                                             Patrick S. Smith
                                                              Assistant State's Attorney
                                                              Civil Actions Bureau
                                                              500 Richard J. Daley Center
                                                              Chicago, Illinois 60602
                                                              (312) 603-2388

CERTIFICATE OF SERVICE

    I, Patrick S. Smith, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on August 11, 2008 at or before 5:00 p.m. by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                                        /s/ Patrick S. Smith
                                                        Patrick S. Smith